Opinion filed June 9, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00133-CR

_____

## MICHAEL TRAVIS LAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 9722-D**

## MEMORANDUM OPINION

Michael Travis Lay, Appellant, has filed an untimely pro se notice of appeal from a conviction for the offense of delivery of marihuana in a drug-free zone. We dismiss the appeal.

The documents on file in this case indicate that Appellant's sentence was imposed on October 22, 2015, and that his notice of appeal was filed in the district clerk's office on May 19, 2016. When the appeal was filed in this court, we notified

Appellant by letter that the notice of appeal appeared to be untimely and that the appeal may be dismissed for want of jurisdiction. We requested that Appellant respond to our letter and show grounds to continue. We have not received any response to our letter.

Pursuant to TEX. R. APP. P. 26.2(a), a notice of appeal is due to be filed either (1) within thirty days after the date that sentence is imposed in open court or (2) if the defendant timely files a motion for new trial, within ninety days after the date that sentence is imposed in open court. A notice of appeal must be in writing and filed with the clerk of the trial court. TEX. R. APP. P. 25.2(c)(1). The documents on file in this court reflect that Appellant's notice of appeal was filed with the clerk of the trial court 210 days after sentence was imposed. The notice of appeal was, therefore, untimely. Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain this appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993).

This appeal is dismissed for want of jurisdiction.

PER CURIAM

June 9, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2